**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
NACHMAN LEFKOWITZ
FEIGI LEFKOWITZ
     Plaintiffs,

vs.

                                     RULE 7.1 STATEMENT

CREDITOR'S INTERCHANGE
RECIEVEABLES MANAGEMENT, LLC,
MR. McOHANO, TIM HUTCHINS,
MR. ZIMMER and JOHN DOE 1-10,
XYZ, INC 1-10, ten names being fictitious and
unknown to the plaintiffs, the person
or parties intended being the persons
or parties, if any,
         Defendants.
---------------------------------------x



**08 CIV. 0356**
**BRIEANT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the
Court to evaluate possible disqualification or recusal, the undersigned
counsel for NACHMAN LEFKOWITZ and FEIGI LEFKOWITZ (private non-
governmental parties) certifies that the following are corporate parents,
affiliates and/or subsidiaries of said party, which are publicly held:
N/A

DATED:  December 14, 2007
          Spring Valley, NY

                              _____/s/_____
                              Shmuel Klein (SK 7212) Fed Court Only
                              Law Office of Shmuel Klein, PC
                              Attorneys for Plaintiff
                              268 ROUTE 59
                              Spring Valley, NY   10977
                              (845) 425-2510

9