UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NACHMAN LEFKOWITZ
FEIGI LEFKOWITZ,

          DOCKET NO. 08 CIV 0356

    Plaintiff,

    -against-          RULE 7.1 DISCLOSURE

CREDITOR'S INTERCHANGE RECIEVEABLES
MANAGEMENT, LLC, MR. McOHANO, TIM
HUTCHINS, MR. ZIMMER and JOHN DOE
1-10, ten names being ficitious and
unknown to the plaintiffs, the
person or parties intended being the
persons or parties, if any,

    Defendants(s).

------------------------------------x

Defendant, AFNI, INC., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: March 4, 2008

_____
MEL S. HARRIS AND ASSOCIATES LLC
By: Arthur Sanders (as1210)
Attorneys for defendant
5 Hanover Square, 8th Floor
New York, NY 10004
212-660-1050