UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NACHMAN LEFKOWITZ
FEIGI LEFKOWITZ,

        Plaintiff,              DOCKET NO. 08 CIV 0356

      -against-                ANSWER

CREDITOR'S INTERCHANGE RECIEVEABLES
MANAGEMENT, LLC, MR. McOHANO, TIM
HUTCHINS, MR. ZIMMER and JOHN DOE
1-10, ten names being ficitious and
unknown to the plaintiffs, the
person or parties intended being the
persons or parties, if any,

        Defendants(s).

------------------------------------x

    Defendantss, by their attorneys MEL S. HARRIS AND ASSOCIATES, LLC, answers plaintiffs' complaint as follows:

    1. The Defendantss deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1" of the complaint.

    2. Defendants admit that the Court has jurisdiction over this mater, but denies that declaratory relief is available.

    3. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "3" of the complaint.

4. Defendants admit the allegations contained in paragraph "4" of the complaint.

5. Defendants admit the allegations contained in paragraph "5" of the complaint.

6. Defendants admit the allegations contained in paragraph "6" of the complaint.

7. Defendants admit the allegations contained in paragraph "7" of the complaint.

8. Defendants deny that any additional employees of Creditor's Interchange were involved with this account.

9. Defendants deny each and every allegation contained in paragraph "9" of the complaint.

10. Defendants deny each and every allegation contained in paragraph "10" of the complaint.

11. Defendants deny each and every allegation contained in paragraph "11" of the complaint.

12. Defendants deny each and every allegation contained in paragraph "12" of the complaint.

13. Defendants deny each and every allegation contained in paragraph "13" of the complaint.

14. Defendants deny each and every allegation contained in paragraph "14" of the complaint.

15. Defendants deny each and every allegation contained in paragraph "15" of the complaint.

16. Defendants deny each and every allegation contained in paragraph "16" of the complaint.

17. Defendants deny each and every allegation contained in paragraph "17" of the complaint.

18. Defendants deny each and every allegations contained in paragraph "18" of the complaint.

19. Defendants deny each and every allegation contained in paragraph "19" of the complaint.

20. Defendants deny each and every allegation contained in paragraph "20" of the complaint.

21. Defendants deny each and every allegation contained in paragraph "21" of the complaint.

22. Defendants deny each and every allegation contained in paragraph "22" of the complaint.

23. Defendants deny each and every allegation contained in paragraph "23" of the complaint.

24. Defendants deny each and every allegation contained in paragraph "24" of the complaint.

25. Defendants deny each and every allegation contained in paragraph "25" of the complaint.

26. Defendants deny each and every allegation contained in paragraph "26" of the complaint.

27. Defendants deny each and every allegation contained in paragraph "17" of the complaint.

28. Defendants deny each and every allegation contained in paragraph "28" of the complaint.

29. Defendants deny each and every allegation contained in paragraph "29" of the complaint.

30. Defendants deny each and every allegation contained in paragraph "30" of the complaint.

31. Defendants deny each and every allegation contained in paragraph "31" of the complaint.

32. Defendants deny each and every allegation contained in paragraph "32" of the complaint.

33. Defendants deny each and every allegation contained in paragraph "33" of the complaint.

34. Defendants deny each and every allegation contained in paragraph "34" of the complaint.

35. Defendants deny each and every allegation contained in paragraph "35" of the complaint.

36. Defendants deny each and every allegation contained in paragraph "36" of the complaint.

37. Defendants denies each and every allegation contained in paragraph "37" of the complaint.

38. Defendants deny each and every allegation contained in paragraph "38" of the complaint.

39. Defendants deny each and every allegation contained in paragraph "39" of the complaint.

WHEREFORE, the defendants respectfully request that plaintiffs' complaint be dismissed.

Dated:   New York, NY
         March 4, 2008

_____
MEL S. HARRIS AND ASSOCIATES, LLC
  By: ARTHUR SANDERS, ESQ. (AS1210)
  Attorneys for Defendants
5 Hanover Square, 8th Floor
New York, NY  10004
212-660-10850

TO:

Shmuel Klein
Attorney for plaintiff
268 Route 59
Spring Valley, NY  10977