# Law Office of Shmuel Klein, PC

Attorneys and Counselors at Law

268 West Route 59  
Spring Valley, NY 10977  
845-425-2510  
telefax 845-425-7362  
email: shmuel.klein@verizon.net

113 Cedarhill Ave.  
Mahwah, NJ 07430  
201-529-3411  
Admitted in NM*, NJ, NY*, NoTx*  
*Federal Courts Only

July 7, 2008

Honorable Judge Charles L. Brieant  
United States Courthouse  
300 Quarropas Street, Room 275  
White Plains, NY 10601

      RE:    Lefkowitz, et al v. Creditor's Interchange, et al.  
             Case No. 08-cv-0356

Honorable Judge Brieant,

      Pursuant to local rule 37.2, Plaintiffs hereby requests an informal conference in the above referenced matter, to address Defendants' utter failure to comply with discovery in this case.

      Defendants failed to supply Plaintiffs with their Rule 26 disclosures, failed to answer Plaintiffs' Interrogatories, failed to reply to Plaintiffs' Requests for Production of documents or answer Plaintiffs' Requests for Admissions, which were sent to Defendants on March 26, 2008, and an answer was due within 30 days.

      Alternatively, Plaintiffs seeks leave to file a motion to strike Defendants' answer and preclude Defendants from offering any evidence at trial, and for sanctions pursuant to FRCP Rule 37.

Respectfully,

Shmuel Klein

/za

cc:    Arthur Sanders  
        Mel S. Harris and Associates, LLC  
        5 Hanover Square, 8th Floor  
        New York, NY 10004