UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEFKOWITZ

                          Plaintiff,

          - against -

CREDITOR'S INTERCHANGE, et al

                        Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 356 (CLB)(LMS)

      The above entitled action is referred to the Hon. Lisa M. Smith , United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

____ Settlement*

_X_ All Purposes

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion:_____

      _____

      All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York

        July 9, 2008

_____
      Charles L. Brieant
United States District Judge