**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

July 11, 2008

### SCHEDULING ORDER
08CV0356 (CLB)(LMS)

Shmuel Berel Klein
Law Office of Shmuel Klein, PC
268 Route 59 West
Spring Valley, NY 10977

Arthur Jay Sanders
Mel Harris and Associats, LLC
5 Hanover Square  8th Flr
New York, NY 10004

The matter of    **LEFKOWITZ-V-CREDITORS**    has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **July 28, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                   July 11, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV0356 (CLB)(LMS)

Shmuel Berel Klein
Law Office of Shmuel Klein, PC
268 Route 59 West
Spring Valley, NY 10977

Arthur Jay Sanders
Mel Harris and Associats, LLC
5 Hanover Square  8th Flr
New York, NY 10004

The matter of **LEFKOWITZ-V-CREDITORS** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **July 28, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                      July 11, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV0356 (CLB)(LMS)

Shmuel Berel Klein
Law Office of Shmuel Klein, PC
268 Route 59 West
Spring Valley, NY 10977

Arthur Jay Sanders
Mel Harris and Associats, LLC
5 Hanover Square  8th Flr
New York, NY 10004

    The  matter of     **LEFKOWITZ-V-CREDITORS**    has been  scheduled for a

conference, before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on

**July 28,  2008** at   10:30AM   in Courtroom 420.

    Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.